**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on January 31, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Steven Louis Miller<br>15030 Ventura Blvd #19–880<br>Sherman Oaks, CA 91403 | **Case Number:**<br>**1:11–bk–11252–MT** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor: dba Nuvista Development<br><br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–4640 |
| Attorney for Debtor(s) (name and address):<br>John D Monte<br>15303 Ventura Boulevard Ninth Floor<br>Sherman Oaks, CA 91403<br>Telephone number:  323–876–9918 | Bankruptcy Trustee (name and address):<br>Nancy J Zamora (TR)<br>U.S. Bank Tower<br>633 West 5th Street, Suite 2600<br>Los Angeles, CA 90071<br>Telephone number:  213–488–9411 |

## Meeting of Creditors

Date:  **March 4, 2011**              Time:  **10:00 AM**

Location:  **21051 Warner Center Lane, #105, Woodland Hills,, CA 91367**

## Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

## Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: May 3, 2011**
**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367–6603<br>Telephone number:  818–587–2900 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  February 1, 2011 |
| **(Form rev. 12/10:341–B9A)** | / |

**EXPLANATIONS**                                                                          B9A (Official Form 9A)(12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. <br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367. |

−− **Refer to Other Side for Important Deadlines and Notices** −−

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: hcardozaC          Page 1 of 2          Date Rcvd: Feb 01, 2011
Case: 11-11252                Form ID: b9a             Total Noticed: 46
```

The following entities were noticed by first class mail on Feb 03, 2011.
```
db           +Steven Louis Miller,   15030 Ventura Blvd #19-880,   Sherman Oaks, CA 91403-5470
aty          +John D Monte,   15303 Ventura Boulevard Ninth Floor,   Sherman Oaks, CA 91403-3110
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,   P. O. Box 826880,
               Sacramento, CA  94280-0001
smg           Los Angeles City Clerk,   P. O. Box 53200,   Los Angeles, CA  90053-0200
28488681     +21st Century Insurance,   3 Beaver Valley Road,   Wilmington, DE 19803-1115
28488682     +ACM,   7955 N.W. 12th Street - #300,   Miami, FL 33126-1823
28488683     +Allied Interstate Inc,   POB 361774,   Columbus, OH 43236-1774
28488685     +Americredit,   801 Cherry Street - #3500,   Fort Worth, TX 76102-6854
28488686     +Amy Burns,   3981 Minerva Avenue,   Los Angeles, CA 90066-5019
28488688     +Certified Tile,   14709 Lull Street - #A,   Van Nuys, CA 91405-1221
28488689     +Check Processing Bureau,   130 Church Street,   New York, NY 10007-2226
28488690     +City of Los Angeles,   POB 30247,   Los Angeles, CA 90030-0247
28488691     +City of Santa Monica,   POB 51513,   Los Angeles, CA 90051-5813
28488692     +Creditors,   14226 Ventura Boulevard,   Sherman Oaks, CA 91423-2715
28488693     +Department of Water and Power,   POB 51111,   Los Angeles, CA 90051-5700
28488694     +Designed Receivable Solution,   1 Centerpoint Drive - #450,   La Palma, CA 90623-1089
28488696     +ER Solutions,   10750 Hammerly Bl - #200,   Houston, TX 77043-2317
28488695      Ed and Lila Waters,   6464 Gaynor Avenue,   Canoga Park, CA 91304
28488698     +Frank Ota,   1976 S. Sepulveda Bl,   Los Angeles, CA 90025-5620
28488699     +Insurex, Inc.,   POB 79407,   Houston, TX 77279-9407
28488701     +Judgment Recovery Services,   601 S. 10th Street - #107,   Las Vegas, NV 89101-7027
28488702     +Julie Meneally,   21185 Silent Spring Lane,   Trabuco Canyon, CA 92679-3200
28488703     +Malibu Heating & Air,   1215 Appleton Way,   Venice, CA 90291-2914
28488704     +Michelle Kling,   c/o Martin Breenbaum, Esq.,   840 Newport Center Drive,
               Newport Beach, CA 92660-6310
28488705     +National Action Financial,   POB 9027,   Buffalo, NY 14231-9027
28488706     +National Ready Mix Co.,   1851 E. Huntington Drive,   Duarte, CA 91010-2635
28488707     +Nortic Sauna,   14831 Bessemer Street,   Van Nuys, CA 91411-2713
28488708      Occidental Services,   9841 Airport Bl - 9th Floor,   Columbus, OH 43236
28488709     +Peter Olsen,   2401 29th Street,   Santa Monica, CA 90405-2057
28488710     +Rollins, Inc.,   2170 Piedmont Road NE,   Atlanta, GA 30324-4196
28488711     +Scott Kindseth,   23415 Clarendon Street,   Woodland Hills, CA 91367-4113
28488712     +Sequoia Financial Services,   500 N. Brand Bl - #1200,   Glendale, CA 91203-3950
28488713     +Southern California Gas,   POB C,   Monterey Park, CA 91756-0001
28488714     +St. Johns Health Center,   1328 22nd Street,   Santa Monica, CA 90404-2091
28488716     +St. Johns Hospital,   1328 22nd Street,   Santa Monica, CA 90404-2091
28488715     +St. Johns Hospital,   POB 12079,   Westminster, CA 92685-2079
28488717     +Star Steel Welding,   20956 Itasca Street,   Chatsworth, CA 91311-4915
28488718      State Compensation Fund,   POB 92502,   Los Angeles, CA 90009
28488719     +Stock Building Material,   8020 Arco Coporate Drive,   Raleigh, NC 27617-2038
28488720     +Time Warner Cable,   9260 Topanga Canyon Bl,   Chatsworth, CA 91311-5726
28488721     +Transworld Systems,   9525 Sweet Valley Drive,   Cleveland, OH 44125-4237
28488722     +Walker & Zanger Tile,   8901 Bradley Avenue,   Sun Valley, CA 91352-2602
```

The following entities were noticed by electronic transmission on Feb 02, 2011.
```
tr           +EDI: QNJZAMORA.COM Feb 02 2011 00:33:00     Nancy J Zamora (TR),   U.S. Bank Tower,
               633 West 5th Street, Suite 2600,   Los Angeles, CA 90071-2053
smg           EDI: EDD.COM Feb 02 2011 00:33:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P. O. Box 826880,   Sacramento, CA  94280-0001
28488687     +EDI: ACCE.COM Feb 02 2011 00:28:00     Asset Acceptance,   POB 2036,   Warren, MI 48090-2036
28488697     +EDI: CALTAX.COM Feb 02 2011 00:33:00     Franchise Tax Board,   ATTN: Bankruptcy,   POB 2952,
               Sacramento, CA 95812-2952
28488700     +EDI: IRS.COM Feb 02 2011 00:33:00     Internal Revenue Service,   POB 7346,
               Philadelphia, PA 19101-7346
                                                                                    TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Franchise Tax Board,   ATTN: Bankruptcy,   P. O. Box 2952,   Sacramento, CA  95812-2952
28488684*    +Allied Interstate, Inc.,   POB 361774,   Columbus, OH 43236-1774
                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-1          User: hcardozaC          Page 2 of 2          Date Rcvd: Feb 01, 2011
Case: 11-11252                Form ID: b9a             Total Noticed: 46
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2011**                    **Signature:**  _Joseph Speetjens_