UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                                                    Bankr. Case No. 11-11252-MT-7

STEVEN L. MILLER                                                               Chapter 7
        Debtor(s)

### REQUEST FOR NOTICE

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> AmeriCredit Financial Services, Inc.
> PO Box 183853
> Arlington, TX  76096

AmeriCredit Financial Services, Inc.

By  /s/  James Hogan, Jr. _____

James Hogan, Jr.
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 14, 2011 :

JOHN D. MONTE
15303 VENTURA BOULEVARD NINTH FLOOR
SHERMAN OAKS, CA  91403

NANCY J. ZAMORA (TR)
U. S. BANK TOWER
633 W 5TH STREET, SUITE 2600
LOS ANGELES, CA  90071

By  /s/ James Hogan, Jr.
James Hogan, Jr.

xxxxx46145 / 596490