United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 11-11252-MT
Steven Louis Miller                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1          User: vbriggsC          Page 1 of 2          Date Rcvd: May 12, 2011
                             Form ID: b18             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2011.
```
db          +Steven Louis Miller,   15030 Ventura Blvd #19-880,   Sherman Oaks, CA 91403-5470
smg          Los Angeles City Clerk,   P. O. Box 53200,   Los Angeles, CA  90053-0200
28488681    +21st Century Insurance,   3 Beaver Valley Road,   Wilmington, DE 19803-1115
28488682    +ACM,   7955 N.W. 12th Street - #300,   Miami, FL 33126-1823
28488683    +Allied Interstate Inc,   POB 361774,   Columbus, OH 43236-1774
28488685    +Americredit,   801 Cherry Street - #3500,   Fort Worth, TX 76102-6854
28488686    +Amy Burns,   3981 Minerva Avenue,   Los Angeles, CA 90066-5019
28488688    +Certified Tile,   14709 Lull Street - #A,   Van Nuys, CA 91405-1221
28488689    +Check Processing Bureau,   130 Church Street,   New York, NY 10007-2226
28488690    +City of Los Angeles,   POB 30247,   Los Angeles, CA 90030-0247
28488691    +City of Santa Monica,   POB 51513,   Los Angeles, CA 90051-5813
28488692    +Creditors,   14226 Ventura Boulevard,   Sherman Oaks, CA 91423-2715
28488693    +Department of Water and Power,   POB 51111,   Los Angeles, CA 90051-5700
28488694    +Designed Receivable Solution,   1 Centerpoint Drive - #450,   La Palma, CA 90623-1089
28488696    +ER Solutions,   10750 Hammerly Bl - #200,   Houston, TX 77043-2317
28488695     Ed and Lila Waters,   6464 Gaynor Avenue,   Canoga Park, CA 91304
28488698    +Frank Ota,   1976 S. Sepulveda Bl,   Los Angeles, CA 90025-5620
28488699    +Insurex, Inc.,   POB 79407,   Houston, TX 77279-9407
28488701    +Judgment Recovery Services,   601 S. 10th Street - #107,   Las Vegas, NV 89101-7027
28488702    +Julie Meneally,   21185 Silent Spring Lane,   Trabuco Canyon, CA 92679-3200
28488703    +Malibu Heating & Air,   1215 Appleton Way,   Venice, CA 90291-2914
28488704    +Michelle Kling,   c/o Martin Breenbaum, Esq.,   840 Newport Center Drive,
              Newport Beach, CA 92660-6310
28488705    +National Action Financial,   POB 9027,   Buffalo, NY 14231-9027
28488706    +National Ready Mix Co.,   1851 E. Huntington Drive,   Duarte, CA 91010-2635
28488707    +Nortic Sauna,   14831 Bessemer Street,   Van Nuys, CA 91411-2713
28488708     Occidental Services,   9841 Airport Bl - 9th Floor,   Columbus, OH 43236
28488709    +Peter Olsen,   2401 29th Street,   Santa Monica, CA 90405-2057
28488710    +Rollins, Inc.,   2170 Piedmont Road NE,   Atlanta, GA 30324-4196
28488711    +Scott Kindseth,   23415 Clarendon Street,   Woodland Hills, CA 91367-4113
28488712    +Sequoia Financial Services,   500 N. Brand Bl - #1200,   Glendale, CA 91203-3950
28488713    +Southern California Gas,   POB C,   Monterey Park, CA 91756-0001
28488714    +St. Johns Health Center,   1328 22nd Street,   Santa Monica, CA 90404-2091
28488716    +St. Johns Hospital,   1328 22nd Street,   Santa Monica, CA 90404-2091
28488715    +St. Johns Hospital,   POB 12079,   Westminster, CA 92685-2079
28488717    +Star Steel Welding,   20956 Itasca Street,   Chatsworth, CA 91311-4915
28488718     State Compensation Fund,   POB 92502,   Los Angeles, CA 90009
28488719    +Stock Building Material,   8020 Arco Coporate Drive,   Raleigh, NC 27617-2038
28488720    +Time Warner Cable,   9260 Topanga Canyon Bl,   Chatsworth, CA 91311-5726
28488721    +Transworld Systems,   9525 Sweet Valley Drive,   Cleveland, OH 44125-4237
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QNJZAMORA.COM May 13 2011 02:18:00      Nancy J Zamora (TR),   U.S. Bank Tower,
              633 West 5th Street, Suite 2600,   Los Angeles, CA 90071-2053
smg          EDI: EDD.COM May 13 2011 02:18:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P. O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM May 13 2011 02:18:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
              P. O. Box 2952,   Sacramento, CA  95812-2952
cr           EDI: PHINAMERI.COM May 13 2011 02:18:00      AMERICREDIT FINANCIAL SERVICES, INC.,   POB 183853,
              ARLINGTON, TX  76096
28488687    +EDI: ACCE.COM May 13 2011 02:18:00      Asset Acceptance,   POB 2036,   Warren, MI 48090-2036
28488697    +EDI: CALTAX.COM May 13 2011 02:18:00      Franchise Tax Board,   ATTN: Bankruptcy,   POB 2952,
              Sacramento, CA 95812-2952
28488700    +EDI: IRS.COM May 13 2011 02:18:00      Internal Revenue Service,   POB 7346,
              Philadelphia, PA 19101-7346
                                                                            TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28488684*   +Allied Interstate, Inc.,   POB 361774,   Columbus, OH 43236-1774
28488722    ##+Walker & Zanger Tile,   8901 Bradley Avenue,   Sun Valley, CA 91352-2602
                                                                            TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0973-1          User: vbriggsC          Page 2 of 2          Date Rcvd: May 12, 2011
                              Form ID: b18            Total Noticed: 46
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2011**                    **Signature:** _____Joseph Speetjens_____

B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
## Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Steven Louis Miller
dba Nuvista Development

**BANKRUPTCY NO.**  1:11–bk–11252–MT

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–4640
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 5/12/11

**Address:**
15030 Ventura Blvd #19–880
Sherman Oaks, CA 91403

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: May 12, 2011

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

(Form b18–DIS Rev. 03/09) VAN–30

10 – 4 / VBG

B18 (Official Form 18) Cont.
Rev.(12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.